**Order entered July 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00157-CV

**CBIF LIMITED PARTNERSHIP, COLUMBIA AIRPORT, LLC, AND STEVE FLORY, Appellants**

**V.**

**TGI FRIDAY'S INC., ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04730**

## ORDER

The reporter's record in this appeal was due March 7, 2015. When it had not been filed by March 10, 2015, we directed Antionette Reagor, Official Court Reporter of the 68th Judicial District Court, to file it no later than April 9, 2015. She failed to do so, but on May 19, 2015, she requested a thirty-day extension. We granted her request by order entered May 22, 2015 and directed her to file the record no later than June 22, 2015. To date, however, the record has not been filed.

Because this appeal cannot proceed without the reporter's record, we **ORDER** Ms. Reagor to file the record no later than July 20, 2015. No extensions will be granted absent

exigent circumstances and failure to comply *may result in an order that she not sit as a court reporter until the record is filed.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Martin Hoffman, Presiding Judge of the 68th Judicial District Court, Ms. Reagor, and counsel for all parties.

/s/    CRAIG STODDART
JUSTICE